UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 3:05-cr-1-J-12TEM

JAMES CHARLES JONES, JR.

---

ORDER

This cause is before the Court on the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim.P. 35(b) (Doc. 79), filed April 27, 2007. Upon review of the motion and the record in this case, the Court finds that the Defendant has provided substantial assistance to the Government as set forth in its motion, will grant the motion for reduction of sentence, and will impose the recommended reduced sentence of imprisonment of thirty (30) months. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.  That the Motion by the United States for Reduction in Sentence Pursuant to Fed.R.Crim.P. 35(b) (Doc. 79) is granted; and

2.  That the Defendant's sentence of imprisonment is reduced to a term of thirty (30) months;

3.  That the Judgment (Doc.77) is hereby amended to reflect the reduction of the term of imprisonment to a term of thirty (30) months, but all other provisions of the Judgment (Doc.77) shall remain in full force and effect.

**DONE AND ORDERED** this ___2nd___ day of May 2007.

*Howell W. Melton*
Senior United States District Judge

Copies to:		AUSA (Corsmeier)		Counsel of Record
			Defendant			Bureau of Prisons
			USPO